# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOHN MOSES, ET AL. § | |
| § | Civil Action No. 4:21-CV-688 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| VICTOR CANTU, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 13, 2022, the report of the Magistrate Judge (Dkt. #28) was entered containing proposed findings of fact and recommendations that Plaintiffs John Moses and Donna Moses's Motion to Remand (Dkt. #8) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs John Moses and Donna Moses's Motion to Remand (Dkt. #8) is **GRANTED**, and that this case is hereby **REMANDED** to the Justice Court, Precinct No. 3 of Collin County, Texas for further proceedings.

It is further **ORDERED** that *pro se* Defendants Victor Cantu and Jayme Cantu's Motion for Temporary Injunction (Dkt. #19) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.
**SIGNED** this 16th day of February, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE